STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NICHOLAS DE GROTE, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted October 31, 1977—Decided November 14, 1977.

Before Judges CONFORD, MICHELS and PRESSLER.

*Mr. Stanley C. Van Ness,* Public Defender, Attorney for the appellant (*Mr. Joseph Purrazzella,* designated attorney, of counsel and on the brief).

*Mr. William F. Hyland,* Attorney General, attorney for respondent (*Mr. Wayne J. Martorelli,* Deputy Attorney General, of counsel and on the brief).

PER CURIAM. The conviction appealed from is affirmed substantially for the reasons stated by Judge Schiaffo in his opinion reported at 136 *N. J. Super.* 525 (Law Div. 1975).